**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: William L. Elliott, | : | Bankruptcy No. 23-22642-CMB |
| Melissa S. Elliott, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| _____ | : | |
| William L. Elliott, | : | Document No.: |
| Melissa S. Elliott, | : | |
| | : | Related Document No.: |
| Movants, | : | |
| | : | Related Claim No.: 4 |
| v. | : | |
| | : | |
| Jefferson Capital Systems LLC, | : | |
| | : | |
| Respondent. | : | |

**<u>ORDER GRANTING OBJECTION TO PROOF OF CLAIM NO. 4</u>**

On this _____ day of _____, 2024, this matter being before the Court on Debtors' Objection to Proof of Claim No. 4, for the reasons stated in the Objection, or by default for Claimant's failure to respond, it is hereby ORDERED that the claim of Jefferson Capital Systems LLC, filed at Proof of Claim No. 4 in the above-captioned bankruptcy case is rejected, disallowed and shall not be paid.

Date:_____                              _____
                                                    United States Bankruptcy Judge